UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                      Plaintiff,

        -against-

KREMSHA,

                      Defendant.

20-CV-376 (CM)

CIVIL JUDGMENT

        Pursuant to the order issued January 17, 2020, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 17, 2020
           New York, New York

                                                COLLEEN McMAHON
                                       Chief United States District Judge